# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Leo Davis,<br><br>  Plaintiff,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>  Defendants. | No. CV-17-03166-PHX-SMB (CDB)<br><br>**ORDER** |

Prior to this case being assigned to this division, then Magistrate Judge Bade issued a report and recommendation (Doc. 19). Plaintiff filed an objection that was never ruled on. The Court has now reviewed the report and recommendation, Plaintiff's objection and Defendant's reply to the objection. The Court has reviewed the Report and Recommendation de novo. See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. See 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1 **IT IS THEREFORE ORDERED** that Report and Recommendation of the
2 Magistrate Judge (Doc. 19) is accepted.
3 Dated this 28th day of January, 2020.

Honorable Susan M. Brnovich
United States District Judge